IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE L. CRAWFORD, | No. C 11-05206 YGR (PR) |
|     Petitioner, | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
|   vs. | |
| THE KINGDOM OF SAUDI ARABIA, | |
|     Respondent. | |

Petitioner filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed an *in forma pauperis* (IFP) application; however, he did not file a copy of his certificate of funds or his prisoner trust account statement. On October 25, 2011, the same day the action was filed, the Clerk of the Court notified Petitioner that his IFP application was deficient because of his failure to include a certificate of funds or prisoner trust account statement. The Clerk's notice informed Petitioner that he must these aforementioned documents within thirty days or his action would be dismissed.

On December 2, 2011, Petitioner filed a second IFP application as well as a copy of his certificate of funds. However, Petitioner again failed to file his prisoner trust account statement. On January 17, 2012, the Clerk sent a second notice informing Petitioner that his IFP application was still deficient because of his failure to include a prisoner trust account statement. The Clerk's second notice informed Petitioner that he must file the prisoner trust account statement within thirty days or his action would be dismissed.

On February 13, 2012, Petitioner filed a document that is captioned on the Court's electronic docket as a "Prison Trust Fund Account Statement" (docket no. 12). A closer examination of this document, however, reveals that it includes another IFP application as well as a copy of his certificate of funds. On April 6, 2012, the Clerk sent Petitioner a third notice informing him that his IFP application was still deficient because of his continued failure to file a prisoner trust account

statement. The Clerk's third notice again informed Petitioner that he must file the prison trust account statement within thirty days or his action would be dismissed.

More than thirty days have passed since April 6, 2012, the date the Clerk's third notice was sent to Petitioner. To date, he has not submitted his prisoner trust account statement.

Accordingly, IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE. Petitioner's IFP application (docket no. 14) is DENIED as incomplete. The Clerk shall enter judgment, terminate all pending motions (docket nos. 7, 11), and close the file.

This Order terminates Docket nos. 7, 11, and 14.

IT IS SO ORDERED.

DATED: May 10, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\HC.11\Crawford5206.DISIFP.wpd      2